# Third District Court of Appeal
## State of Florida

Opinion filed June 9, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1313
Lower Tribunal No. 17-10899
_____

**Geilan Sahmoud,**
Appellant,

vs.

**Gamal Marwan,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David Young, Judge.

Buchbinder & Elegant, P.A., and Harris J. Buchbinder, for appellant.

Appellee precluded from filing an answer brief and from oral argument.

Before EMAS, C.J., and LOGUE and SCALES, JJ.

PER CURIAM.

Affirmed.